FILED ORIGINAL

2016 MAR 21 PM 3:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Lodged Proposed Order

1. EILEEN DECKER
   United States Attorney
2. DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3. Chief, Civil Division
   DAVID K. BARRETT
4. Assistant United States Attorney
   Chief, Civil Fraud Section
5. SUSAN R. HERSHMAN
   Assistant United States Attorney
6. Deputy Chief, Civil Fraud Section
   DAVID M. HARRIS
7. Assistant United States Attorney
   California Bar Number 145173
8.     Federal Building, Suite 7516
       300 North Los Angeles Street
9.     Los Angeles, California 90012
       Telephone: (213) 894-8817
10.     Facsimile: (213) 894-2380
        E-mail: David.M.Harris@usdoj.gov
11. Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| [UNDER SEAL], | No. CV 09-01293 PSG(PJWx) |
|---|---|
| Plaintiffs, | THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION |
| v. | |
| [UNDER SEAL], | **FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2) and (b)(3)** |
| Defendants. | |
| | [Filed/Lodged Concurrently Under Seal: [PROPOSED] Order] |

FILED
2016 MAR 21 PM 3:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

ORIGINAL

EILEEN DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California Bar Number 145173
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8817
     Facsimile: (213) 894-2380
     E-mail: David.M.Harris@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [UNDER SEAL],<br><br>        Plaintiffs,<br><br>    v.<br><br>[UNDER SEAL],<br><br>        Defendants. | No. CV 09-01293 PSG(PJWx)<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2) and (b)(3)**<br><br>[Filed/Lodged Concurrently Under Seal: [PROPOSED] Order] |

```
EILEEN DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California Bar Number 145173
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8817
     Facsimile: (213) 894-2380
     E-mail: David.M.Harris@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, NEVADA, NEW HAMPSHIRE, NEW MEXICO, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and THE DISTRICT OF COLUMBIA, ex rel. JACK CHIN as relator,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN COMPANY; RITE AID CORPORATION; and CVS CAREMARK CORPORATION,<br><br>    Defendants. | No. CV 09-01293 PSG(PJWx)<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2) and (b)(3)**<br><br>[Filed/Lodged Concurrently Under Seal: [PROPOSED] Order] |

1    Pursuant to the False Claims Act, 31 U.S.C.
2 § 3730(b)(4)(B), the United States notifies the Court of its
3 decision not to intervene in this action as to Defendant CVS
4 Caremark Corporation.
5    Although the United States declines to intervene, we
6 respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which
7 allows the relator to maintain the action in the name of the
8 United States; providing, however, that the "action may be
9 dismissed only if the court and the Attorney General give
10 written consent to the dismissal and their reasons for
11 consenting."  Id.  The United States Court of Appeals for the
12 Ninth Circuit has held that, notwithstanding this language, the
13 United States has the right only to a hearing when it objects to
14 a settlement or dismissal of the action.  U.S. ex rel. Green v.
15 Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel.
16 Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir.
17 1994).  Therefore, the United States requests that, should
18 either the relator or the defendant propose that this action be
19 dismissed, settled, or otherwise discontinued, this Court
20 provide the United States with notice and an opportunity to be
21 heard before ruling or granting its approval.
22    Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United
23 States requests that all pleadings filed in this action be
24 served upon the United States; the United States also requests
25 that orders issued by the Court be sent to the Government's
26 counsel.  The United States reserves its right to order any
27 deposition transcripts, to intervene in this action, for good
28 cause, at a later date, and to seek the dismissal of the

1 relator's action or claim.  The United States also requests that
2 it be served with all notices of appeal.
3     Finally, the Government requests that the relator's Amended
4 Complaint, this Notice, and the attached proposed Order be
5 unsealed.  The United States requests that all other papers on
6 file in this action remain under seal because in discussing the
7 content and extent of the United States' investigation, such
8 papers are provided by law to the Court alone for the sole
9 purpose of evaluating whether the seal and time for making an
10 election to intervene should be extended.
11     A proposed order accompanies this notice.

Respectfully submitted,

Dated: March 18, 2016

EILEEN DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT, AUSA
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

/s/ David M. Harris

DAVID M. HARRIS
Assistant United States Attorney

Attorneys for the
United States of America

1  DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

3  I, David M. Harris, declare:
4      1.   I am the Assistant United States Attorney who has been
5  assigned responsibility for handling the above-captioned action.
6  I am a member of the Bar of the State of California, and I have
7  been duly admitted to appear before this Court.  The following
8  is based on my personal knowledge.
9      2.   I have examined Federal Rule of Civil Procedure
10 ("Rule") 5(a), which provides as follows:
11     (a) Service: When Required.
12         (1) In General.  Unless these rules provide otherwise,
13             each of the following papers must be served on every
14             party:
15                 (A) an order stating that service is required;
16                 (B) a pleading filed after the original
17                     complaint, unless the court orders otherwise
18                     under Rule 5(c) because there are numerous
19                     defendants;
20                 (C) a discovery paper required to be served on a
21                     party, unless the court orders otherwise;
22                 (D) a written motion, except one that may be
23                     heard ex parte; and
24                 (E) a written notice, appearance, demand, or
25                     offer of judgment, or any similar paper.
26         (2) If a Party Fails to Appear.  No service is
27             required on a party who is in default for failing to
28             appear.  But a pleading that asserts a new claim for

-3-

1 | relief against such a party must be served on that
2 | party under Rule 4.
3 | (3) Seizing Property.  If an action is begun by
4 | seizing property and no person is or need be named as
5 | a defendant, any service required before the filing of
6 | an appearance, answer, or claim must be made on the
7 | person who had custody or possession of the property
8 | when it was seized.
9 | 3. The list of documents set forth in Rule 5(a)(1) does
10 | not include the documents to which this Declaration is attached.
11 | The said documents also are not a pleading that asserts "a new
12 | claim for relief" against any "party who is in default for
13 | failing to appear." (Rule 5(a)(2).) Nor was the above-
14 | captioned action "begun by seizing property." (Rule 5(a)(3).)
15 | Therefore, I believe that Rule 5(a) does not require the
16 | documents to which this Declaration is attached to be served
17 | upon any party that has appeared in the above-captioned action.
18 | Executed in Los Angeles, California on March 19, 2016.
19 | I declare under penalty of perjury under the laws of the
20 | United States that the foregoing is true and correct.

David M. Harris