ORIGINA[L]

FILED
CLERK, U.S. DISTRICT COURT

MAR 22 2016

CENTRAL D... ...RNIA
BY ... Y

1  EILEEN DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  SUSAN R. HERSHMAN
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   DAVID M. HARRIS
7  Assistant United States Attorney
   California Bar Number 145173
8       Federal Building, Suite 7516
        300 North Los Angeles Street
9       Los Angeles, California 90012
        Telephone: (213) 894-8817
10      Facsimile: (213) 894-2380
        E-mail: David.M.Harris@usdoj.gov
11
   Attorneys for the United States of America
12

LODGED

2016 MAR 21 PM 3:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

13
14
             UNITED STATES DISTRICT COURT
15
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
                    WESTERN DIVISION
17

18  [UNDER SEAL],                No. CV 09-01293 PSG(PJWx)

19              Plaintiffs,      [PROPOSED] ORDER

20         v.                    LODGED UNDER SEAL PURSUANT TO
21                               THE FALSE CLAIMS ACT, 31 U.S.C.
22  [UNDER SEAL],                SECTION 3730 (b)(2) and (b)(3)

23              Defendants.      [Filed Concurrently Under Seal:
24                               Government's Notice of Election
                                 to Decline Intervention]
25
26
27
28

ORIGINAL

1  EILEEN DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  SUSAN R. HERSHMAN
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   DAVID M. HARRIS
7  Assistant United States Attorney
   California Bar Number 145173
8       Federal Building, Suite 7516
        300 North Los Angeles Street
9       Los Angeles, California 90012
        Telephone: (213) 894-8817
10      Facsimile: (213) 894-2380
        E-mail: David.M.Harris@usdoj.gov
11
   Attorneys for the United States of America
12

13

14                    UNITED STATES DISTRICT COURT

15         FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                       WESTERN DIVISION

17

18 [UNDER SEAL],                    No. CV 09-01293 PSG(PJWx)

19                                  [PROPOSED] ORDER
               Plaintiffs,
20                                  LODGED UNDER SEAL PURSUANT TO
          v.                        THE FALSE CLAIMS ACT, 31 U.S.C.
21                                  SECTION 3730 (b)(2) and (b)(3)
   [UNDER SEAL],
22
                                    [Filed Concurrently Under Seal:
23             Defendants.          Government's Notice of Election
                                    to Decline Intervention]
24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
2016 MAR 21  PM 3:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

1 | EILEEN DECKER
United States Attorney
2 | DOROTHY A. SCHOUTEN
Assistant United States Attorney
3 | Chief, Civil Division
DAVID K. BARRETT
4 | Assistant United States Attorney
Chief, Civil Fraud Section
5 | DAVID M. HARRIS
Assistant United States Attorney
6 | California Bar Number 145173
    Federal Building, Suite 7516
7 |     300 North Los Angeles Street
    Los Angeles, California 90012
8 |     Telephone: (213) 894-8817
    Facsimile: (213) 894-2380
9 |     E-mail: David.M.Harris@usdoj.gov

10 | Attorneys for the United States of America

11

12 |           UNITED STATES DISTRICT COURT

13 |     FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 |              WESTERN DIVISION

15 | | No. CV 09-01293 PSG(PJWx)

16 | UNITED STATES OF AMERICA; THE
STATES OF CALIFORNIA, DELAWARE, | [PROPOSED] ORDER

17 | FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, LOUISIANA, | **LODGED UNDER SEAL PURSUANT TO**

18 | MASSACHUSETTS, MICHIGAN, | **THE FALSE CLAIMS ACT, 31 U.S.C.**
NEVADA, NEW HAMPSHIRE, NEW | **SECTION 3730 (b)(2) and (b)(3)**

19 | MEXICO, OKLAHOMA, RHODE ISLAND,

20 | TENNESSEE, TEXAS, VIRGINIA,
WISCONSIN and THE DISTRICT OF | [Filed Concurrently Under Seal:
Government's Notice of Election

21 | COLUMBIA, ex rel. JACK CHIN as | to Decline Intervention]
relator,

22

23 |     Plaintiffs,

24 |     v.

25 | WALGREEN COMPANY; RITE AID
CORPORATION; and CVS CAREMARK

26 | CORPORATION,

27

28 |     Defendants.

1    The United States having declined to intervene in this

2   action pursuant to the False Claims Act, 31 U.S.C.

3   § 3730(b)(4)(B), the Court rules as follows:

4        FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

5             1.   the Amended Complaint be unsealed and served upon

6   Defendant CVS Caremark Corporation (CVS) by the relator;

7             2.   all other contents of the Court's file in this

8   action remain under seal and not be made public or served upon

9   CVS, except for this Order and The Government's Notice of

10   Election to Decline Intervention, which the relator will serve

11   upon CVS only after service of the Amended Complaint;

12             3.   the seal be lifted as to all other matters

13   occurring in this action after the date of this Order;

14             4.   the parties shall serve all pleadings and motions

15   filed in this action, including supporting memoranda, upon the

16   United States, as provided for in 31 U.S.C. § 3730(c)(3).   The

17   United States may order any deposition transcripts and is

18   entitled to intervene in this action, for good cause, at any

19   time;

20             5.   the parties shall serve all notices of appeal upon

21   the United States;

22             6.   all orders of this Court shall be sent to the

23   United States; and that

24             7.   should the relator or CVS propose that this action

25   be dismissed, settled, or otherwise discontinued, the Court will

26   provide the United States with notice and an opportunity to be

27   heard before ruling or granting its approval.

28                              -1-

1

2

3   DATED: 3/22/10

4                                                        UNITED STATES DISTRICT JUDGE

5

6   Respectfully presented by:

7

8

9   DAVID M. HARRIS
    Assistant United States Attorney

10

11  Attorneys for the
    United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   -2-

1 | <u>DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE</u>

2

3 | I, David M. Harris, declare:

4 |     1.    I am the Assistant United States Attorney who has been

5 | assigned responsibility for handling the above-captioned action.

6 | I am a member of the Bar of the State of California, and I have

7 | been duly admitted to appear before this Court. The following

8 | is based on my personal knowledge.

9 |     2.    I have examined Federal Rule of Civil Procedure

10 | ("Rule") 5(a), which provides as follows:

11 |     (a) Service: When Required.

12 |         (1) In General.  Unless these rules provide otherwise,

13 |         each of the following papers must be served on every

14 |         party:

15 |             (A) an order stating that service is required;

16 |             (B) a pleading filed after the original

17 |             complaint, unless the court orders otherwise

18 |             under Rule 5(c) because there are numerous

19 |             defendants;

20 |             (C) a discovery paper required to be served on a

21 |             party, unless the court orders otherwise;

22 |             (D) a written motion, except one that may be

23 |             heard ex parte; and

24 |             (E) a written notice, appearance, demand, or

25 |             offer of judgment, or any similar paper.

26 |         (2) If a Party Fails to Appear.  No service is

27 |         required on a party who is in default for failing to

28 | -3-

1    appear. But a pleading that asserts a new claim for

2    relief against such a party must be served on that

3    party under Rule 4.

4    (3) Seizing Property.  If an action is begun by

5    seizing property and no person is or need be named as

6    a defendant, any service required before the filing of

7    an appearance, answer, or claim must be made on the

8    person who had custody or possession of the property

9    when it was seized.

10   3.    The list of documents set forth in Rule 5(a)(1) does

11   not include the documents to which this Declaration is attached.

12   The said documents also are not a pleading that asserts "a new

13   claim for relief" against any "party who is in default for

14   failing to appear."  (Rule 5(a)(2).)  Nor was the above-

15   captioned action "begun by seizing property."  (Rule 5(a)(3).)

16   Therefore, I believe that Rule 5(a) does not require the

17   documents to which this Declaration is attached to be served

18   upon any party that has appeared in the above-captioned action.

19   Executed in Los Angeles, California on March 18, 2016.

20   I declare under penalty of perjury under the laws of the

21   United States that the foregoing is true and correct.

22

23

24                                      David M. Harris

25

26

27

28                          -4-