UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1293 PSG (PJWx) | Date | October 11, 2016 |
|---|---|---|---|
| Title | United States of America, *et al.* v. Walgreen Company, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order to Show Cause Why Defendant Should Not Be Dismissed Under Federal Rule of Civil Procedure 4(m)

The Court's Standing Order provides:

> The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rules. Any Defendant(s) not timely served shall be dismissed from the action without prejudice. Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1. To date, Plaintiff has not filed proof of service showing proper service under Fed. R. Civ. P. 4 as to Defendant CVS Caremark Corporation ("Defendant"). Plaintiff is ordered to show cause no later than **October 31, 2016** why Defendant should not be dismissed under Rule 4(m).

**IT IS SO ORDERED.**