Phillip E. Benson, CA Bar #97420
philbenson@warrenbensonlaw.com
Warren ■ Benson Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92037
Tel: 952-955-3688
Fax: 858-454-5878

[Additional Counsel on Following page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* ex rel. Jack Chin,<br><br>      Plaintiffs,<br>vs.<br><br>Walgreen Company, *et al.*,<br><br>      Defendants. | Case No. 09-CV-1293 PSG (PJWx)<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL** |

**NOTICE OF ASSOCIATION OF COUNSEL**

1  Patricia A. Stamler, *Pro Hac Vice*
   pstamler@hertzschram.com
2  Hertz Schram PC
   1760 South Telegraph Road, Ste 300
3  Bloomfield Hills, MI 48302
   Tel: 248-355-5000
4  Fax: 248-335-3346

5

6  SCHONBRUN SEPLOW
   HARRIS & HOFFMAN LLP
7  WILMER J. HARRIS (SBN 150407)
   wharris@sshhlaw.com
8  ISABEL M. DANIELS (270887)
   idaniels@sshhlaw.com
9  715 Fremont Ave., Suite A
   South Pasadena, CA. 91030
10 Telephone No.: (626) 441-4129
   Facsimile No.: (626) 283-5770
11

12 Michael D. Seplow, SBN 150183
   mseplow@sshhlaw.com
13 Aidan C. McGlaze, SBN 277270
   amcglaze@sshhlaw.com
14 Schonbrun Seplow Harris & Hoffman LLP
15 723 Ocean Front Walk
   Venice, CA  90291
16 Tel: (310) 396-0731
   Fax: (310) 399-7040
17
   Attorneys for *Qui Tam* Plaintiff Jack Chin
18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF ASSOCIATION OF COUNSEL**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Wilmer J. Harris of the firm Schonbrun Seplow Harris & Hoffman LLP is hereby associating as counsel of record for *Qui Tam* Plaintiff Jack Chin in this matter. Wilmer J. Harris should be served with papers in this case at the following email, U.S. Mail and/or facsimile address:

> Wilmer J. Harris (SBN 150407)
> wharris@sshhlaw.com
> SCHONBRUN SEPLOW
> HARRIS & HOFFMAN LLP
> 715 Fremont Ave., Suite A
> South Pasadena, CA. 91030
> Telephone No.: (626) 441-4129
> Facsimile No.: (626) 283-5770

This document constitutes the above-named counsel's Notice of Appearance to appear as counsel for the above-named plaintiffs.

DATED: January 18, 2017          SCHONBRUN SEPLOW
                                 HARRIS & HOFFMAN LLP

                                         */s/ Wilmer J. Harris*
                                 By: _____
                                         Wilmer J. Harris
                                         Isabel M. Daniels
                                         Attorneys for Plaintiffs

---

**NOTICE OF ASSOCIATION OF COUNSEL**

1