**SPERTUS, LANDES & UMHOFER, LLP**
1990 S. Bundy Drive #705
Los Angeles, CA 90025
Telephone: 310.826.4700
Facsimile: 310.826.4711
Matthew D. Umhofer (SBN 206607)
matthew@spertuslaw.com

**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Michael D. Seplow (SBN 150183)
mseplow@sshhlaw.com

*Attorneys for Defendant CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JACK CHIN,<br><br>             Plaintiffs,<br>v.<br><br>CVS PHARMACY, INC.,<br><br>             Defendant. | **Case No.: CV 09-1293-PSG**<br><br>**NOTICE OF LODGING**<br><br>Assigned to Hon. Philip S. Gutierrez |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By and through the undersigned counsel hereby lodge the parties' [Proposed] Stipulation to Modify Scheduling Order and Pretrial Order**.**

By: _____
Matthew Donald Umhofer
*Attorneys for Defendant CVS Pharmacy, Inc.*

NOTICE OF LODGING