

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JACK CHIN,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No.: CV 09-1293-PSG<br><br>[~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER AND PRETRIAL ORDER |

The Court, having considered the Parties' Joint Application to Modify the Scheduling Order and Pretrial Order, hereby ORDERS that the April 9, 2019 trial date be VACATED and CONTINUED to April 23, 2019 at 9:00 a.m. and the final pretrial conference be rescheduled to April 8, 2019.

**IT IS SO ORDERED.**

__2/27/18__
Date

The Honorable Philip S. Gutierrez
United States District Court Judge

[PROPOSED] ORDER