**SPERTUS, LANDES & UMHOFER, LLP**
1990 S. Bundy Drive #705
Los Angeles, CA 90025
Telephone: 310.826.4700
Facsimile: 310.826.4711
Matthew Donald Umhofer (SBN 206607)
matthew@spertuslaw.com

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029
Enu Mainigi (admitted pro hac vice)
emainigi@wc.com
Holly Conley (admitted pro hac vice)
hconley@wc.com
Anne Rucker (admitted pro hac vice)
arucker@wc.com
Benjamin Hazelwood (admitted pro hac vice)
bhazelwood@wc.com
James Kirkpatrick (admitted pro hac vice)
jkirkpatrick@wc.com

*Attorneys for Defendant CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JACK CHIN,<br><br>Plaintiff,<br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | **Case No.: CV 09-1293-PSG**<br><br>**APPLICATION FOR LEAVE TO FILE STATEMENT OF UNCONTROVERTED FACTS AND CERTAIN EXHIBITS THERETO UNDER SEAL**<br><br>Assigned to Hon. Philip S. Gutierrez |

APPLICATION TO SEAL STATEMENT OF UNCONTROVERTED FACTS AND EXHIBITS

Pursuant to Local Civil Rule 79-5.2.2, Defendant CVS Pharmacy, Inc. ("CVS") respectfully requests leave to seal unredacted copies of its Statement of Uncontroverted Facts, and certain exhibits to the January 14, 2019 Declarations of Hilary Dudley and Benjamin Hazelwood filed therewith. As further detailed in the Declarations of Hilary Dudley, Scott Gregory, and William Boyd, which are attached to this Application, CVS submits that compelling reasons exist to place those portions of the Statement of Uncontroverted Facts and exhibits thereto under seal and thereby requests leave to file them under seal in connection with its current Motion.

Under Local Civil Rule 79-5.2.2(a)(1), a party is entitled to file documents under seal upon "establishing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome." In this case, CVS's application satisfies either standard as CVS is seeking to protect presumptively private medical information and/or information that would cause severe competitive harm to CVS if publicly filed. *See, e.g.*, *Oiye v. Fox*, 211 Cal. App. 4th 1036, 1070 (2012) (considering presumption of public access dictated by the Supreme Court and stating that "[w]e regard medical records as presumptively private"); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (compelling reasons exist to protect "sources of business information that might harm a litigant's competitive standing").

For example, CVS's Statement of Uncontroverted Facts references and, in one paragraph, quotes from documents or testimony that have been designated "Confidential" pursuant to the Protective Order, Dkt. No. 141, and which if disclosed would cause significant harm to legally protected confidentiality interests. Some of the information CVS seeks to maintain under seal implicates the privacy interests of third parties or details of certain individual's prescription records that may be protected from disclosure by federal law. *See* Health Insurance Portability and Accountability Act ("HIPAA"), 42 U.S.C. § 1320d-6; Second Declaration of Hilary Dudley ("Dudley Decl.") ¶ 3. Disclosure of the other information that CVS seeks to

1  maintain under seal would cause severe competitive harm to CVS by revealing highly
2  sensitive details regarding the inner workings of CVS's business.  *See* Dudley Decl.
3  ¶¶ 4–6; Declaration of Scott Gregory ¶¶ 5–8; Declaration of William Boyd ¶¶ 6–9.
4  CVS's Statement of Uncontroverted Facts references these particular details on page
5  12 in Undisputed Material Fact No. 51 and in certain of the exhibits.  CVS therefore
6  requests leave to submit under seal an unredacted version of (1) its Statement of
7  Uncontroverted Facts, which discusses such details; and (2) certain exhibits cited
8  therein as set forth below, which contain the same information.

9        In an effort to minimize the amount of information to be sealed in connection
10 with CVS's Motion for Summary Judgment, CVS has not referenced the specific
11 details it seeks to file under seal anywhere in its Motion for Summary Judgment,
12 meaning that the Motion is entirely public.  CVS has also sought to minimize the
13 number of redactions to its Statement of Uncontroverted Facts.  CVS has therefore
14 filed public versions of its Statement of Uncontroverted Facts that redacts only those
15 specific details from Uncontroverted Facts No. 51.  Accordingly, and as set forth in
16 the attached Proposed Order, CVS seeks leave to file redacted versions of its
17 Statement of Uncontroverted Facts, and Exhibits 21, 24–25, 37–38 to the Declaration
18 of Benjamin Hazelwood filed in support of its motion for summary judgment.  CVS
19 further seeks leave to file fully under seal Exhibits 3–4, 6, 15–21 to the Declaration of
20 Hilary Dudley filed in support of its motion for summary judgment.

22 Dated:  January 14, 2019

23                                    Respectfully Submitted,
                                       **SPERTUS, LANDES & UMHOFER, LLP**

25             By:   */s/ Matthew Donald Umhofer*
26                   Matthew Donald Umhofer

27                   WILLIAMS & CONNOLLY LLP
28                   Enu Mainigi*

Holly Conley*
Anne Rucker*
Benjamin Hazelwood*
James Kirkpatrick*
*Admitted pro hac vice

*Attorneys for Defendant CVS Pharmacy, Inc.*

3
APPLICATION TO SEAL STATEMENT OF UNCONTROVERTED FACTS AND EXHIBITS

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to the following:

| | |
|---|---|
| David K. Barrett | david.barrett@usdoj.gov |
| Phillip E. Benson | philbenson@warrenbensonlaw.com |
| Patricia A. Stamler | pstamler@hertzschram.com |
| Wilmer J. Harris | wharris@sshhlaw.com |
| Michael D. Seplow | mseplow@sshhlaw.com |
| Aidan C. McGlaze | amcglaze@sshhlaw.com |
| Kristina Harootun | kharootun@sshhlaw.com |

By: */s/ Matthew Donald Umhofer*
Matthew Donald Umhofer
SPERTUS, LANDES & UMHOFER, LLP