**SPERTUS, LANDES & UMHOFER, LLP**
1990 S. Bundy Drive #705
Los Angeles, CA 90025
Telephone: 310.826.4700
Facsimile: 310.826.4711
Matthew Donald Umhofer (SBN 206607)
matthew@spertuslaw.com

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029
Enu Mainigi (admitted pro hac vice)
emainigi@wc.com
Holly Conley (admitted pro hac vice)
hconley@wc.com
Anne Rucker (admitted pro hac vice)
arucker@wc.com
Benjamin Hazelwood (admitted pro hac vice)
bhazelwood@wc.com
James Kirkpatrick (admitted pro hac vice)
jkirkpatrick@wc.com

*Attorneys for Defendant CVS Pharmacy, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JACK CHIN,<br><br>Plaintiff,<br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | **Case No.: CV 09-1293-PSG**<br><br>**DECLARATION OF BENJAMIN N. HAZELWOOD IN SUPPORT OF CVS PHARMACY, INC.'S APPLICATION TO SEAL**<br><br>Date: March 11, 2019<br>Time: 1:30 PM<br>Courtroom: 6A<br><br>Assigned to Hon. Philip S. Gutierrez |

DECLARATION OF BENJAMIN N. HAZELWOOD

I, Benjamin N. Hazelwood, make the following Declaration based on personal knowledge of the matters set forth herein. I am an associate at Williams & Connolly LLP, counsel to Defendant CVS Pharmacy, Inc. ("CVS") in this matter. I submit this declaration in support of CVS's Application for Leave to File Statement of Uncontroverted Facts and Certain Exhibits Thereto Under Seal. If called upon, I could and would testify competently to the following:

1. Attached hereto as Exhibit A is a true and correct copy of CVS's Statement of Uncontroverted Facts.

2. Attached hereto as Exhibit B is a true and correct copy of the redacted version of CVS's Statement of Uncontroverted Facts.

3. To minimize the amount of information to be sealed in connection with CVS's Motion for Summary Judgment, CVS has made only limited reference to the confidential information that this is the subject of its Application in its Statement of Uncontroverted Facts, and no reference to such information in its Motion for Summary Judgment. CVS also filed a public version of its Statement of Uncontroverted Facts that redacts only that specific information from Uncontroverted Fact No. 51.

4. Attached hereto as Exhibit C is a true and correct copy of Ex. 3 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1180352.

5. Attached hereto as Exhibit D is a true and correct copy of Ex. 4 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1180356.

6. Attached hereto as Exhibit E is a true and correct copy of Ex. 6 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1063996.

7. Attached hereto as Exhibit F is a true and correct copy of Ex. 15 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1063993.

8. Attached hereto as Exhibit G is a true and correct copy of Ex. 16 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1063982.

9. Attached hereto as Exhibit H is a true and correct copy of Ex. 17 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1103482.

10. Attached hereto as Exhibit I is a true and correct copy of Ex. 18 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1181048.

11. Attached hereto as Exhibit J is a true and correct copy of Ex. 19 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1063988.

12. Attached hereto as Exhibit K is a true and correct copy of Ex. 20 to the January 14, 2019 First Declaration of Hilary Dudley, CVS-Chin_1063985.

13. Attached hereto as Exhibit L is a true and correct copy of Ex. 21 to the January 14, 2019 First Declaration of Benjamin Hazelwood, the Report of Donald Dietz.

14. Attached hereto as Exhibit M is a true and correct copy of the redacted version of the Report of Donald Dietz.

15. Attached hereto as Exhibit N is a true and correct copy of Ex. 24 to the January 14, 2019 First Declaration of Benjamin Hazelwood, excerpts from the November 7, 2018 deposition of Susan Morales.

16. Attached hereto as Exhibit O is a true and correct copy of the redacted version of Ex. 24 to the January 14, 2019 First Declaration of Benjamin Hazelwood.

17. Attached hereto as Exhibit P is a true and correct copy of Ex. 25 to the January 14, 2019 First Declaration of Benjamin Hazelwood, excerpts from the October 4, 2018 deposition of Peter Simmons.

18. Attached hereto as Exhibit Q is a true and correct copy of the redacted version of Ex. 25 to the January 14, 2019 First Declaration of Benjamin Hazelwood.

19. Attached hereto as Exhibit R is a true and correct copy of Ex. 37 to the January 14, 2019 First Declaration of Benjamin Hazelwood, the Amended Report of Jeremy Albright.

20. Attached hereto as Exhibit S is a true and correct copy of the redacted version of Ex. 37 to the January 14, 2019 First Declaration of Benjamin Hazelwood.

21. Attached hereto as Exhibit T is a true and correct copy of Ex. 38 to the January 14, 2019 First Declaration of Benjamin Hazelwood, the Report of Eric Gaier.

22. Attached hereto as Exhibit U is a true and correct copy of the redacted version of Ex. 38 to the January 14, 2019 First Declaration of Benjamin Hazelwood.

23. On January 14, 2019, I emailed Relator's counsel, Michael Seplow, regarding CVS's Application to Seal. Mr. Seplow indicated that Relator will oppose CVS's Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January, 2019, in Washington, D.C.

Benjamin N. Hazelwood